Francisco **ANDRES–FRANCISCO,**
Petitioner–Appellant,

v.

**UNITED STATES of America,**
Respondent–Appellee.

No. 10–55620.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 1, 2013.

Francisco Andres–Francisco, Taft, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jeff P. Mitchell, Esquire, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of The U.S. Attorney, Los Angeles, CA, for Respondent–Appellee.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Federal prisoner Francisco Andres–Francisco appeals from the district court's order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Andres–Francisco contends counsel's failure to file a notice of appeal constituted constitutionally deficient performance. We review a district court's denial of a section 2255 motion de novo. *See United States v. Manzo,* 675 F.3d 1204, 1209 (9th Cir.2012). The district court properly denied the motion because Andres–Francisco has not shown that there is a reasonable probability that he would have appealed had his trial attorney consulted with him explicitly about the merits of appealing his criminal history calculation. *See Roe v. Flores–Ortega,* 528 U.S. 470, 484–86, 120 S.Ct. 1029, 145 L.Ed.2d 985 (2000).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).